**Order entered November 16, 2022**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-22-00921-CV

## NORA D. MONTES AND MANUEL MONTEZ, JR., Appellants

## V.

## RICHARD J. KEENAN AND OVILLA BUILDERS, INC., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-04872**

### ORDER

On October 31, 2022, after appellants had failed to comply with our order directing them to file written verification they had requested the reporter's record, we ordered the appeal submitted without the reporter's record. Since then, the requested verification and the reporter's record have been filed. Accordingly, we **VACATE** our October 31 order and **RESET** the deadline for the filing of appellants' brief to December 16, 2022.

/s/  ROBERT D. BURNS, III
CHIEF JUSTICE